JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOURDES DEL RIO; JORGE CALERO; REBECCA KOSKELA; STEVE KOSKELA; MARY NOWOBILSKI; JOHN NOWOBILSKI & CARLOS ULLOA,<br><br>Plaintiffs,<br><br>vs.<br><br>IPECO, INC.; THE BOEING COMPANY; and DOES 1 to 40,<br><br>Defendants. | Case No.: CV 16-5419-DMG (JRPx)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE [32]** |

Pursuant to the Parties' Stipulation of Dismissal [Doc. # 32],

**IT IS HEREBY ORDERED** that the above-captioned action is hereby dismissed without prejudice, with each party to bear its own costs and attorney's fees. Plaintiffs' Motion for an Order to Remand to State Court [Doc. # 29] is DENIED as moot. The October 7, 2016 hearing is VACATED.

**IT IS SO ORDERED.**

DATED: September 29, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE